# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NICHOLAS ERNEST MARTINO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES FEDERAL GOVERNMENT, INTERNAL REVENUE SERVICE, UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13-cv-00113-APG-GWF<br><br>**O R D E R** |

"A civil action is commenced by filing a complaint with the court." Fed.R.Civ.P. 3. On January 22 2013, Plaintiff attempted to commence this action by filing a "Verified Petition for Temporary Injunction" [Dkt. #1], but Plaintiff did not file a Complaint. Thus, this action was not properly commenced pursuant to the Federal Rules of Civil Procedure. Accordingly,

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice to Plaintiff's ability to properly commence a new action. The Clerk of the Court shall accept no further filings in this matter.

Dated: June 19, 2013.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE